UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Anthony Scott,

                    Plaintiff,

-against-

Empire Movers, et al.,

                    Defendants.

No. 21 Civ. 1936 (CM)

## ORDER

McMahon, J.:

    Whereas on 4/11/2024 (Dkt #14) the court granite the plaintiff's attorney's motion for leave to withdraw and gave Mr. Scott until July 3, 2024 to appear in this case or the case would be dismissed as abandoned; and

Whereas, on 6/14/2024 counsel for plaintiff provided the court with the plaintiff's last known address (Dkt #15); and

    Whereas on June 24, 2024 (Dkt #16) the court sent a letter to plaintiff advising him that he needed to appear in this matter by July 31, 2024 or the court would enter an order dismissing the case for failure to prosecute; and

    Whereas, the letter that was sent on June 24, 2024 was returned to sender as undeliverable; and

    Whereas, the plaintiff has not kept the court advised of how to reach him;

IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to prosecute. The Clerk of Court is directed to close the file.

Dated: August 14, 2024

_____
U.S.D.J

BY ECF TO ALL COUNSEL